# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00928-CV

### Michael Barron and Donald Little, Appellants

### v.

### Francis Shaw, Doyle Shaw, Pete Barrera, and John Aguilar, Members of the Barnhart Water Supply Corporation, Inc., Appellees

### FROM THE 51ST DISTRICT COURT OF IRION COUNTY
### NO. CV19-016, THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Michael Barron and Donald Little filed this interlocutory appeal from an order granting a temporary injunction in the underlying cause. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(4) (authorizing interlocutory appeal from order granting temporary injunction). However, the clerk's record contains an order signed by the district court on February 10, 2020 dismissing the underlying cause with prejudice and incorporating by reference the terms of a settlement that were agreed upon by the parties. Without an appealable order, we may not exercise appellate jurisdiction. *See id*. § 51.014; *Lehmann v. Har-Con Corp*., 39 S.W.3d 191, 195 (Tex. 2001).

On March 2, 2020, this Court requested that appellants file a written response demonstrating this Court's jurisdiction over their appeal.  No response was filed.  Accordingly, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed for Want of Jurisdiction

Filed:   March 13, 2020